402 A.2d 1079

Commonwealth v. Graham, a/k/a Simms, a/k/a Doe, Appellant.

Submitted June 27, 1978. William F. Ochs, Jr., Public Defender; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, P. J., concurs in the result.

JACOBS, former P. J., WATKINS, former P. J. and HOFFMAN, J., did not participate in the consideration or decision of this case.

402 A.2d 1079

Commonwealth v. Hess, Appellant.

Submitted September 15, 1978. Theodore S. Danforth, Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.